# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH FREELAND MCLEOD (4),<br><br>　　　　　Defendant. | CASE NO. 13CR3660-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport

Illegal Aliens

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: OCTOBER 22, 2013

David H. Bartick
U.S. Magistrate Judge